IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02205-LTB-CBS

DAVID TRUJILLO,
    Plaintiff,
v.

KEVIN MILYARD, Warden, S.C.F., and
MARY COX, Major/Chairperson, S.C.F.,
    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 28 2007

GREGORY C. LANGHAM
                CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

Magistrate Judge Craig B. Shaffer

This civil action comes before the court for service of the Complaint (doc. # 3). Pursuant to the Order of Reference dated November 20, 2007 (doc. # 7), this case was referred to the Magistrate Judge to, *inter alia*, '[h]ear and determine pretrial matters, . . ." On October 19, 2007, the court granted Plaintiff Trujillo leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (*See* doc. # 2). It is now

ORDERED that, if appropriate, the Clerk of the Court shall attempt to obtain a waiver of service from the Defendants. If the Clerk is unable to do so, the United States Marshal shall serve a copy of the Complaint and summons upon the Defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that after service of process on them, Defendants shall respond to the Complaint (doc. # 3) as provided for in the Federal Rules of Civil Procedure.

Dated at Denver, Colorado this 27th day of November, 2007.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02205-LTB-CBS

David Trujillo
Prisoner No. 86422
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

Kevin Milyard, and Mary Cox - **WAIVER \***
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Kevin Milyard, and Mary Cox; and to John Suthers: COMPLAINT FILED 10/19/07, SUMMONS, WAIVER\*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 11/28/07.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk