IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02205-LTB-CBS

DAVID TRUJILLO,
    Plaintiff,
v.

KEVIN MILYARD, Warden, S.C.F., and
MARY COX, Major/Chairperson S.C.F.,
    Defendants.

ORDER

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on Mr. Trujillo's partial filing fee payment of $65.00 on April 22, 2008. (*See* doc. # 24). In light of Mr. Trujillo's partial filing fee payment,

IT IS ORDERED that the Recommendation of United States Magistrate Judge (filed April 21, 2008) (doc. # 23) is hereby WITHDRAWN without prejudice.

DATED at Denver, Colorado this 22nd day of April, 2008.

BY THE COURT:

s/ Craig B. Shaffer
United States Magistrate Judge

1