**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-02205-LTB-CBS

DAVID TRUJILLO,

    Plaintiff,

v.

KEVIN MILYARD, Warden, S.C.F., and
MARY COX, Major/Chairperson, S.C.F.,

    Defendants.

___

**ORDER**
___

This case is before me on the recommendation of the Magistrate Judge issued and served on July 11, 2008 (Doc 40). Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that the recommendation is accepted and Defendants' Motion to Dismiss (Doc 15) is GRANTED and this action is DISMISSED.

IT IS FURTHER ORDERED that Plaintiff's Petition for Civil Protective Order (Doc 38) is DENIED.

                        BY THE COURT:

                          s/Lewis T. Babcock
                          Lewis T. Babcock, Judge

DATED: July 31, 2008